United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Kelly Ann Davis  
    Debtor

Case No. 20-03123-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 2  
Date Rcvd: Feb 08, 2021      Form ID: 318      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kelly Ann Davis, 525 Miller St, Eynon, PA 18403-1213 |
| 5368129 | | Archbald Community Ambulance & Rescue, 195 Delaware St, Archbald, PA 18403-1951 |
| 5368135 | | Commonwealth Health, Attn: Billing, 1400 Main St, Peckville, PA 18452-2078 |
| 5368136 | | Consumer Adjustment Co, 514 Earth City Plz, Earth City, MO 63045-1312 |
| 5368127 | | Davis Kelly Ann, 525 Miller St, Eynon, PA 18403-1213 |
| 5368137 | | Durham & Durham LLP, 5665 New Northside Dr Ste 510, Atlanta, GA 30328-4649 |
| 5368128 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5368139 | | Pennsylvania Physician Services, 700 Quincy Ave, Scranton, PA 18510-1724 |
| 5368140 | | Pennymac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5368141 | + | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5368142 | | Peoples Sec Bank & Tru, 82 Franklin Ave, Hallstead, PA 18822-9780 |
| 5368143 | | Professional Account Services Inc, PO Box 188, Brentwood, TN 37024-0188 |
| 5368144 | | Regional Hospital, Attn: Billing, 746 Jefferson Ave, Scranton, PA 18510-1624 |
| 5368149 | | Visa, PO Box 4521, Carol Stream, IL 60197-4521 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 08 2021 23:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5368130 | | EDI: CITICORP.COM | Feb 08 2021 23:53:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5368131 | | EDI: CITICORP.COM | Feb 08 2021 23:53:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5368132 | | EDI: WFNNB.COM | Feb 08 2021 23:53:00 | Comenity Bank/lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 5368133 | | EDI: WFNNB.COM | Feb 08 2021 23:53:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 5368134 | | EDI: WFNNB.COM | Feb 08 2021 23:53:00 | Comenitycapital/biglot, PO Box 182120, Columbus, OH 43218-2120 |
| 5368145 | | EDI: RMSC.COM | Feb 08 2021 23:53:00 | Syncb/American Eagle, PO Box 965005, Orlando, FL 32896-5005 |
| 5368146 | | EDI: RMSC.COM | Feb 08 2021 23:53:00 | Syncb/Care Credit, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 5368645 | + | EDI: RMSC.COM | Feb 08 2021 23:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5368147 | | EDI: RMSC.COM | Feb 08 2021 23:53:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5064 |
| 5368148 | + | EDI: USBANKARS.COM | Feb 08 2021 23:53:00 | U.S. Bancorp, Attn: Bankruptcy, 800 Nicollet |

| | | | |
| --- | --- | --- | --- |
| 5368138 | EDI: USBANKARS.COM | | Mall, Minneapolis, MN 55402-7014 |
| | | Feb 08 2021 23:53:00 | Elan Financial Service, PO Box 790408, Saint Louis, MO 63179 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jason Paul Provinzano | on behalf of Debtor 1 Kelly Ann Davis MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Mark J. Conway (Trustee) | PA40@ecfcbis.com mjc@mjconwaylaw.com;connie@mjconwaylaw.com;info@mjconwaylaw.com |
| Rebecca Ann Solarz | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Kelly Ann Davis | Social Security number or ITIN | xxx–xx–3354 |
| | First Name   Middle Name   Last Name | EIN | __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN EIN | ____ __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:20–bk–03123–RNO | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelly Ann Davis
aka Kelly A. Davis, aka Kelly Davis

**By the court:** *[signature: Robt N. Opel II]*

2/8/21

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**